## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 20th day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA HAND DELIVERY

Amy D. Brown, Esquire
*Werb & Sullivan*
300 Delaware Avenue, 13th Floor
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)